FILED

2011 APR 27 PM 3: 19

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2010 Grand Jury

| UNITED STATES OF AMERICA, | ) CR No. 11 00385 |
|---|---|
| Plaintiff, | ) **I N D I C T M E N T** |
| v. | ) [18 U.S.C. § 875(c): Making Threats Through Interstate Communications; |
| ROBERT COOK, | ) 18 U.S.C. § 2261A: Stalking] |
| Defendant. | ) |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 875(c)]

On or about May 23, 2010, in Los Angeles County, within the Central District of California, and elsewhere, defendant ROBERT COOK knowingly transmitted in interstate and foreign commerce a communication containing a threat to injure the person of another, namely, victim K.S., with the intent to threaten victim K.S.

CHL

COUNT TWO

[18 U.S.C. § 875(c)]

On or about May 28, 2010, in Los Angeles County, within the Central District of California, and elsewhere, defendant ROBERT COOK knowingly transmitted in interstate and foreign commerce a communication containing a threat to injure the person of another, namely, victim K.S., with the intent to threaten victim K.S.

## COUNT THREE

[18 U.S.C. § 2261A(2)(A)]

Beginning on or about May 23, 2010, and continuing to on or about May 28, 2010, in Los Angeles County, within the Central District of California, and elsewhere, defendant ROBERT COOK ("COOK"), with the intent to harass and to cause substantial emotional distress to a person in another state, namely, victim K.S., used a facility of interstate and foreign commerce to engage in a course of conduct that caused substantial emotional distress to victim KS and that placed victim K.S. in reasonable fear of the death and serious bodily injury to victim K.S.

Defendant COOK's course of conduct included, among other things, the following:

    a. On or about May 23, 2010, when victim K.S. was in a different state from defendant COOK, defendant COOK used a cellular phone to make a threatening and harassing call to victim K.S. at her place of employment, during which call defendant COOK stated, in part: "I swear to fucking God, it's going to get bloody."

    b. On or about May 28, 2010, when victim K.S. was in a different state from defendant COOK, defendant COOK used a cellular phone to make a threatening and harassing call to victim K.S. at her place of employment, during which call defendant COOK stated, in part: "And listen, you're going to pay for everything

//
//
//

you've given me.  Do you hear that bitch?  You're going to pay for the pain you're putting me through.  You're going to fucking pay."

                            A TRUE BILL

                            /S/
                            ─────────────────────────
                            Foreperson

ANDRÉ BIROTTE JR.
United States Attorney

*(signature)*

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

CURTIS A. KIN
Assistant United States Attorney
Chief, General Crimes Section

TRACY WILKISON
Assistant United States Attorney
Deputy Chief, General Crimes Section

MEGHAN A. BLANCO
Assistant United States Attorney
General Crimes Section