FILED
CLERK, U.S. DISTRICT COURT

AUG 1 6 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. ~~CR 09-362~~ SVW<br>11-385 |
| Plaintiff, | ORDER OF DETENTION AFTER |
| v. | HEARING ( Fed.R.Crim.P. 32.1(a)(6) |
| Robert Cook | Allegations of Violations of Probation or |
| Defendant. | Supervised Release) |

In this case involving alleged violations of conditions of probation or supervised release, the Court finds that no condition or combination of conditions will reasonably assure:

    A.  (✓)  the appearance of the defendant as required; and/or

    B.  (✓)  the safety of any person or the community.

The Court concludes that :

A. (✓) Defendant failed to present clear and convincing evidence to establish that Defendant is not a risk of flight because:

_Allegations of absconding from supvn_
_FTR counseling_

B. (✓) Defendant failed to present clear and convincing evidence to establish that Defendant does not pose a risk to the safety of other persons or the community because:

IT IS ORDERED that defendant be detained.

DATE: Aug 16, 2013

HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

2